GREGORY *v.* MICHIGAN MUTUAL LIABILITY COMPANY

LIMITATION OF ACTIONS—INJURY TO PERSON OR PROPERTY—CONTRACTS—ACCELERATED JUDGMENT.

> Denial of accelerated judgment for defendant in action for personal injuries sustained because of breach of contract by defendant to provide medical services *held,* improper since actions to recover damages for injuries to person or property must be commenced within three years irrespective of how plaintiff proceeds to recovery (CLS 1961, § 600.5805).

Appeal from Wayne, Victor J. Baum, J. Submitted Division 1 January 16, 1969, at Detroit. (Docket No. 3,777.) Decided February 26, 1969. Rehearing denied April 4, 1969.

Complaint by William E. Gregory and Ona Mae Gregory against Michigan Mutual Liability Company, a Michigan corporation, for damages for personal injuries sustained as a result of defendant's breach of contract to provide medical services to plaintiff through plaintiff's employer. Defendant's motion for accelerated judgment denied. Defendant appeals. Reversed and remanded for entry of accelerated judgment.

*Robert A. Sanregret,* for plaintiffs.

*Cary, BeGole, Martin, Bohall & Joselyn,* for defendant.

---

REFERENCE FOR POINTS IN HEADNOTE
34 Am Jur, Limitation of Actions § 103.

BEFORE: Fitzgerald, P. J., and R. B. Burns and Bronson, JJ.

Per Curiam.  Plaintiff instituted an action sounding in negligence but based on a contract.  Defendant moved for accelerated judgment* on the grounds that the action was barred by the three-year statute of limitations for personal injury.  The trial court denied the motion.

Since the hearing of this cause, the Supreme Court rendered an opinion in *State Mutual Cyclone Insurance Company* v. *O & A Electric Cooperative* (1968), 381 Mich 318, holding that action to recover damages for injury to person or property must be commenced within three years and is barred by statute of limitations thereafter, irrespective of how the plaintiff proceeds to such recovery and regardless of whether the injury arises out of a contractual relationship of the parties, express or implied.  CLS 1961, § 600.5805.

Cause remanded to the trial court for entry of an accelerated judgment.

Costs to appellant.

---

* GCR 1963, 116.1(5).